## United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: ISMAEL GARCIA & MARIA GARCIA                    Case Number: 08-70020
1516 DAWNGATE DRIVE                SSN-xxx-xx-9611 & xxx-xx-1087
BELVIDERE, IL  61008

                                                           Case filed on:        1/5/2008
                                                           Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY CHARLES T SEWELL 2554984 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | RECOVERY MANAGMENT SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ISMAEL GARCIA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 20,722.47 | 18,000.00 | 0.00 | 0.00 |
|  | Total Secured | 20,722.47 | 18,000.00 | 0.00 | 0.00 |
| 003 | B-REAL LLC | 794.65 | 794.65 | 0.00 | 0.00 |
| 004 | JEFFERSON CAPITAL SYSTEMS, LLC | 546.68 | 546.68 | 0.00 | 0.00 |
| 005 | ASSET ACCEPTANCE CORP | 357.86 | 357.86 | 0.00 | 0.00 |
|  | Total Unsecured | 1,699.19 | 1,699.19 | 0.00 | 0.00 |
|  | Grand Total: | 22,421.66 | 19,699.19 | 0.00 | 0.00 |

Total Paid Claimant:       $0.00
Trustee Allowance:         $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00    discharging the trustee and the trustee's surety from any and all
                                     liablility on account of the within proceedings, and closing the estate,
                                     and for such other relief as is just.  Pursuant to FRBP, I hereby
                                     certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By   /s/Heather M. Fagan